SCOTT E. RHOADS *v.* GARBO LOBSTER COMPANY, INC., ET AL.
(AC 29017)

Harper, Beach and Lavery, Js.

Argued December 8, 2008—officially released January 6, 2009

Per Curiam. The decision of the workers' compensation review board is affirmed.

ROY E. WRIGHT *v.* COMMISSIONER OF MOTOR VEHICLES
(AC 29585)

McLachlan, Gruendel and Pellegrino, Js.

Argued December 5, 2008—officially released January 6, 2009

Per Curiam. The judgment is affirmed.

TANISHA YOUNGER *v.* MARK D. BELCHER ET AL.
(AC 29347)

Harper, Lavine and Robinson, Js.

Submitted on briefs January 12—officially released February 3, 2009

Per Curiam. The judgment is affirmed.